JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MANZO<br><br>    Plaintiff,<br><br>v.<br><br>CAMERON INT'L CORP., a Delaware Corp; PRIME MEASUREMENT PRODUCTS, INC., a business organization Form unknown; AURORA MANAGEMENT PARTNERS, INC. a Georgia Corp.; INT'L ASSOC. OF MACHINISTS & AEROSPACE WORKERS, a labor Organization; DISTRICT LODGE 725 of The IAMAW, a labor organization; DISTRICT LODGE 1980 of the IAMAW, A labor organization; DOES 1-500, Inclusive<br><br>    Defendants. | Case No.: CV-08-08461R (PJWx)<br><br>[Hon. Manuel Real]<br>Crtrm 8<br><br>**JUDGMENT** |

LA1 6895978.1

Defendant Cameron International Corporation's Motion for Summary Judgment or, in the alternative, Partial Summary Judgment (the "Motion"), came on regularly for hearing on August 17, 2009, in Courtroom 8 of the United States District Court, Central District of California, located at 312 North Spring Street, Los Angeles, CA 90012, the Honorable Manuel Real presiding.

After considering the moving and opposing papers, the evidence submitted by the parties, the evidentiary objections, the statement of uncontroverted facts and conclusions of law, plaintiff's proposed genuine issues of material fact, arguments of counsel, and all other matters presented to the Court, for good cause shown, and the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that plaintiff Michael Manzo take nothing, that the action be dismissed with prejudice against Defendant Cameron International Corporation on the merits, and that defendant Cameron International Corporation recover its costs.

DATED:  _August 25, 2009__

_____
THE HONORABLE MANUEL REAL
UNITED STATES DISTRICT COURT JUDGE

LA1 6895978.1